UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Christopher R. Esposito<br>Debtor, | Chapter: 13<br>Case No: 17–10861<br>Judge Melvin S. Hoffman |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **49** which was filed by you on **MAY 5, 2017** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

☐ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with the correct and readable PDF using the original event.

☐ **Document is titled incorrectly.** Please re–file electronically with the correct title.

☐ **Document Docketed using wrong event.** Please re–file electronically using correct event.

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Registered ECF Users may sign "/s/YOUR NAME". Non–registered users **must** provide a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using the following separate docketing events.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

☑ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☐ **Other:**

**FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:5/5/17                                                                                        By the Court,

                                                                                                   Miguel Lara
                                                                                                   Deputy Clerk
                                                                                                   617–748–5331

50 – 49